THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY JILL STONE, | : |
| Plaintiff, | : CIVIL ACTION NO. 3:18-CV-1640 |
| | : (JUDGE MARIANI) |
| v. | : |
| WEST RIVER GROUP, | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 26th DAY OF SEPTEMBER 2022,** upon consideration of the Motion for Summary Judgment by Plaintiff (Doc. 29) and Defendant's Motion for Summary Judgment (Doc. 34) and all relevant documents, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion for Summary Judgment (Doc. 34) is **GRANTED**;

2. The Motion for Summary Judgment by Plaintiff (Doc. 29) is **DENIED**;

3. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendant on all claims in Plaintiff's Complaint (Doc. 1);

4. The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
ROBERT D. MARIANI
United States District Judge